ELSA HILL v. BOARD OF EDUCATION OF WEST ORANGE,
ESSEX COUNTY AND MARILYN KUHLMAN.

June 17, 1986.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED
CODICIL TO THE LAST WILL AND TESTAMENT OF
TERESA B. STANLEY, DECEASED.

June 17, 1986.

Petition for certification denied.

SUNBRITE DYE CO., INC. v. STAUFFER CHEMICAL
COMPANY, INC., ET AL.

June 17, 1986.

Petition for certification denied.